UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. ALDRIDGE, Warden,<br><br>　　　　Defendant. | No. 2:19-cv-2006 TLN DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2020, plaintiff's first amended complaint was screened and found to be lacking a cognizable claim. Since that was plaintiff's second attempt to state a claim and because there were not material differences between the original and amended pleading, the Court issued findings and recommendations to dismiss the first amended complaint without leave to amend. (Doc. 15.) Plaintiff has since filed objections that include additional allegations suggesting that he may be able to state a viable Eighth Amendment claim.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The August 26, 2020, findings and recommendations (ECF No. 15) are VACATED;
2. Plaintiff shall file a second amended complaint within thirty days from the date of this Order; and

3. Failure to comply with this Order may result in the recommendation to dismiss this case without leave to amend.

Dated: September 23, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Substantive/rich2006.vacate F&Rs

2