UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. ALDRIDGE,<br><br>　　　　Defendant. | No. 2:19-cv-2006 TLN DB P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds without counsel with a civil rights complaint filed under 42 U.S.C. § 1983. Plaintiff alleges defendant Aldridge, the Warden at California Health Care Facility ("CHCF"), was deliberately indifferent to a substantial risk of harm to his health or safety in violation of the Eighth Amendment. On May 14, 2021, defendant filed a motion to opt out of the post-screening ADR project. Having reviewed the motion, the court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED:

1. Defendant's motion to opt out (ECF No. 40) is granted and the stay is lifted;
2. The settlement conference set for June 7, 2021 is vacated; and

////

////

////

1

3. By separate order, the court will set a schedule for this case.

Dated: May 18, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
rich2006.optout