IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG RICHARD,** | Case No. 2:19-cv-02006 TLN DB (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **L. ALDRIDGE,** | |
| Defendant. | |

On July 19, 2021, Defendant Eldridge sought an extension of time of fourteen-days, up to and included August 2, 2021, to serve responses to Plaintiff's Requests for Interrogatories. Good cause having been shown, Defendant's request is granted. Defendant Eldridge must serve her responses to Plaintiff's interrogatory requests on or before August 2, 2021.

IT IS SO ORDERED.

Dated:  July 21, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
rich2006.31roggs