UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ALDRIDGE, Warden,<br><br>　　　　　Defendant. | No.  2:19-cv-2006 TLN DB P<br><br><br>ORDER<br><br>(ECF Nos. 46, 47, 52) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action initiated under 42 U.S.C. § 1983. Plaintiff's discovery motions (ECF Nos. 46, 47) and defendant's motion for extension of time (ECF No. 51) are before the court.

**I. Motion to Compel**

By motion filed on July 23, 2021, plaintiff moves to compel defendant to answer interrogatories and requests for admission. (ECF No. 46.) Plaintiff states he submitted these discovery requests to defendant on June 1, 2021, and that no responses were received by the time of submitting the motion. Plaintiff requests sanctions in the amount of $1,000.

Defendant opposes the motion, stating defendant's responses appeared to have "crossed in the mail" with plaintiff's motion. (ECF No. 48.) Defendant further states all responses were timely served after the granting of the extension of time.

////

Although plaintiff did not file a reply to defendant's opposition, in a newly filed motion to compel (ECF No. 51),[1] plaintiff states he received defendant's responses at a later date than was requested in defendant's request for extension of time. Plaintiff does not dispute defendant's assertion that the responses were timely served in light of the extension of time granted. Because defendant's responses were timely served, the motion to compel and accompanying request for sanctions (ECF No. 46) will be denied.

## II. Motion for Order and Settlement Conference

On July 29, 2021, plaintiff filed a motion requesting an order directing the parties to participate in a settlement conference. (ECF No. 47.) As plaintiff notes in the motion, defendant opted out of the post-screening ADR program in this case. Consequently, plaintiff's motion for an order requiring the parties to participate in a settlement conference will be denied. Defendant will be directed to inform the court if defendant wishes to participate in a settlement conference. In addition, plaintiff is advised that plaintiff may engage in settlement negotiations with defendant by sending a settlement offer to defendant's counsel.

## III. Extension of Time

On September 7, 2021, defendant sought an extension of time of fourteen days, up to and including September 21, 2021, to serve responses to plaintiff's Request for Admissions, Set Two, and plaintiff's Request for Production of Documents. (ECF No. 52.) Good cause shown, the request will be granted.

Based on the foregoing, IT IS HEREBY ORDERED:

1. Plaintiff's motion to compel (ECF No. 46) is DENIED;
2. Plaintiff's motion for an order requiring the parties to participate in a settlement conference (ECF No. 47) is DENIED, and defendant is directed to inform the court if defendant wishes to participate in the settlement conference; and

////

---

[1] Plaintiff second motion to compel discovery was filed on September 3, 2021. (ECF No. 51.) This motion is not yet fully briefed and is not yet before the court for decision.

3. Defendant's request for an extension of time (ECF No. 52) is GRANTED; defendant has until September 21, 2021 to serve responses to Plaintiff's Request for Admissions Set Two and Plaintiff's Request for Production of Documents.

Dated: September 9, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
rich2006.31disc

3