IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CRAIG RICHARD,** | Case No. 2:19-cv-02006 TLN DB (PC) |
| Plaintiff, | ~~(PROPOSED)~~ **ORDER** |
| v. | |
| **L. ALDRIDGE,** | |
| Defendant. | |

On September 29, 2021, Defendant Eldridge moved this Court to modify the current discovery and scheduling order by extending the time to complete discovery and for filing dispositive motions.

Good cause having been shown, Defendant's motion is granted. The deadline to complete discovery is extended to November 30, 2021, and the deadline to file dispositive motions is extended to February 27, 2022.

////

////

////

////

1

1  All other terms in the order signed on May 24, 2021 (ECF No. 43) remain in effect.

2  **IT IS SO ORDERED.**

Dated: October 1, 2021

DLB7
rich2006.36dso

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE