UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>L. ALDRIDGE, Warden,<br><br>    Defendant. | No. 2:19-cv-2006 TLN DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff's motion to compel (ECF No. 51) is before the court. Defendant opposes the motion. (ECF No. 58.)

Plaintiff's motion to compel discovery filed on September 3, 2021 pertains to a Request for Production of Documents, Set Two, served on July 20, 2021, and Request for Admissions, Set Two, served on July 22, 2021. Plaintiff states he did not receive responses by the date of motion, which was September 1, 2021. Defendant argues the motion was prematurely filed.

Defendant has requested and was granted an extension of time up to and including October 21, 2021 to respond to discovery (ECF No. 57.)

////

////

////

////

1

1  Because defendant's responses are due October 21, 2021, IT IS HEREBY ORDERED
2  plaintiff's motion to compel (ECF No. 51) is DENIED without prejudice.
3  Dated:  October 19, 2021

DLB7
rich2006.mtc

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2