UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>  Plaintiff,<br><br>  v.<br><br>L. ALDRIDGE, Warden,<br><br>  Defendant. | No. 2:19-cv-02006-TLN-DB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 78.) Plaintiff has filed objections to which Defendant has responded. (ECF Nos. 79, 80.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  The Findings and Recommendations filed August 4, 2022 (ECF No. 78), are ADOPTED in full;

3   2.  Defendant's Motion for Summary Judgment (ECF No. 72) is GRANTED in part, and judgment is ENTERED in favor of Defendant Eldridge on the merits of Plaintiff's claim under the Eighth Amendment;

4   3. Plaintiff's Motion for Summary Judgment (ECF No. 73) is DENIED; and

5   4. The Clerk of the Court is directed to close this case.

**DATED:  September 21, 2022**

Troy L. Nunley
United States District Judge